FREDERIC W. MELLOR, Respondent, v. MURRAY BIRNBAUM, Appellant.— The plaintiff, an architect, brought an action to recover the amount of his fees for services rendered defendant, based on the terms of an alleged oral agreement. The jury found a verdict for plaintiff. Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

NATIONAL SURGICAL STORES, INC., BENJAMIN SCHARFSTEIN and MICHAEL SATNICK, Respondents, v. ANTHONY J. JAMISON, Appellant, and EMIL GREENWALD, Defendant.— Order granting motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

NEW ROCHELLE TRUST COMPANY, as Substituted Trustee for the Benefit of Holders of Guaranteed Mortgage Certificates of FIRST MORTGAGE GUARANTY & TITLE COMPANY, Series 15-A, Respondent, v. FLORENCE COLLINS BIDDLE (Formerly FLORENCE M. COLLINS), Appellant, and Others, Defendants.— In an action to foreclose a mortgage wherein appellant elected to disaffirm a conveyance made by her as an infant prior to the making of the mortgage, respondent maintaining that appellant, after majority, had ratified the same, judgment of foreclosure and sale affirmed, with costs. No opinion. Hagarty, Adel and Taylor, JJ., concur; Davis and Johnston, JJ., dissent and vote for reversal and a dismissal of the complaint.

CLARA PELIKOW, Appellant, v. 900-43RD STREET CORPORATION and IRA MAX, Respondents.— In an action to recover damages for personal injuries sustained by the plaintiff as the result of being struck by an automobile, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Appeal from order dismissed. There is no order in the record. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL LESSELBAUM, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of section 195 of the Labor Law, in that he failed to pay wages of employees in cash, and of a violation of section 196, which prescribes the time within which wages shall be paid. Judgment unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.